IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY KINDER,

    Plaintiff,

v.

PARAMOUNT BANK,

    Defendant.

Case No. 2:10-cv-12567
Judge Denise Page Hood
Magistrate Judge Mark A. Randon

## PLAINTIFF'S MOTION TO DISMISS

    Plaintiff Ray M. Harrison ("Plaintiff") hereby respectfully requests that the Court enter an order dismissing this case pursuant to Fed. R. Civ. P. 41(a)(2).  Plaintiff filed his complaint on June 29, 2010.  On Friday, December 10, 2010, Defendant Paramount Bank was closed by the Michigan Office of Financial and Insurance Regulation, and the Federal Deposit Insurance Corporation (FDIC) was named Receiver.  Plaintiff, after consultation with counsel, has decided not to pursue this claim with the FDIC.  Accordingly, Plaintiff respectfully requests that the Court dismiss this case.  A proposed order is being submitted herewith.

Dated: March 10, 2011

Respectfully submitted,

GEOFFREY BESTOR, ESQ.

By: /s/ Geoffrey Bestor
4204 Maple Terrace
Chevy Chase, MD 20815
Tel. (240) 463-8503
Fax (866) 515-4989
Email: gbesq@bestorlaw.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on March 10, 2011, a true and correct copy of the above and foregoing ***Plaintiff's Motion to Dismiss*** has been filed in the Court's ECF system, thereby causing the aforesaid document to be served electronically on all counsel registered for service of process in this case.

_____/s/_____
Geoffrey Bestor